UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Melissa Jo Olsson and Erik Harry Olsson

Case No. 17-60602

Debtors.

ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of First International Bank & Trust for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    a. Erik H. Olsson – all accounts, rights to payment, inventory, equipment, general intangibles, farm products, instruments, chattel paper, documents, government agricultural program payments, investment property, deposit accounts, a 2007 PJTR 30' gooseneck trailer, VIN 4P5F0302971093922, and all proceeds;

    b. Melissa Olsson - all accounts, rights to payment, inventory, equipment, general intangibles, farm products, instruments, chattel paper, documents, government agricultural program payments, investment property, deposit accounts, a 2001 Chevrolet Suburban, VIN 3GNGK26U716111096, and all proceeds; and

        c. N710 Ft. of NW1/4 of NW1/4, except the N 710 Ft. of the E 613.41 Ft. of the NW1/4 of the NW1/4 of Section 24, Township 35N, Range 29 W.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *November 21, 2017*

*/e/ Michael E. Ridgway*
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/21/2017*
Lori Vosejpka, Clerk, by AMM