# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Melissa Jo Olsson,<br>Erik Harry Olsson,<br><br>                Debtor(s). | Chapter 7<br><br>Case No.: 17-60602 |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1.    The motion for relief from stay is granted as follows.

2.    The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> The following described property:
> The North 710.00 feet of the Northwest Quarter of the Northwest Quarter of Section 24, Township 35, Range 29, Sherburne County, Minnesota lying West of the East 613.41 feet of said Northwest Quarter of the Northwest Quarter.
> And
> The North 710.00 feet of the East 613.41 feet of the Northwest Quarter of the Northwest Quarter of Section 24, Township 35, Range 29, Sherburne County Minnesota.
> Less and except:

The North 710.00 feet of the East 613.41 feet of the Northwest Quarter of the Northwest Quarter of Section 24, Township 35, Range 29, Sherburne County, Minnesota.
Subject to that certain mortgage dated March 31, 2011, and recorded in the Office of the Sherburne County Recorder on April 8, 2011, as Document Number 729867.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED:   *January 30, 2018*           */e/ Michael E. Ridgway*
                                      Michael E. Ridgway
                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/30/2018*
Lori Vosejpka, Clerk, by AMM